IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION


GABRIELLE LOPP                                                                          PLAINTIFF

vs.                                        Case No. 2:12CV234 JTK

CAROLYN W. COLVIN, *Acting Commissioner*,
Social Security Administration[1]                                          DEFENDANT


## JUDGMENT

Pursuant to the Memorandum and Order entered in this case on this date, IT IS

CONSIDERED, ORDERED and ADJUDGED that the final determination of the

Commissioner is affirmed and Plaintiff's case is dismissed with prejudice.

SO ADJUDGED this 13th day of February, 2014.

_____
UNITED STATES MAGISTRATE JUDGE

---

[1]On February 14, 2013, Carolyn W. Colvin became the Acting Commissioner of the Social Security Administration.  She is therefore substituted for Michael J. Astrue pursuant to Fed. R. Civ. P. 25(d).